IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00154-CMA-MEH

PHUONG NGUYEN,

    Plaintiff,

v.

U.S. POST OFFICE,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 23, 2011.**

    Defendant's Motion to Vacate Scheduling Conference and for Protective Order Staying Discovery [filed February 22, 2011; docket #8] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A.  *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (Rule 7.1A requires meaningful negotiations by the parties).  Defendant provides no legal support for its request for waiver under this rule, and the Court finds no cause for such waiver.