IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00154-CMA-MEH

PHUONG NGUYEN,

    Plaintiff,

v.

U.S. POST OFFICE,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 22, 2011.**

    Defendant's Renewed Motion to Vacate Scheduling Conference [filed March 21, 2011; docket #13] is **granted in part, denied in part** and, to the extent the motion may be construed to request a temporary stay of discovery, **taken under advisement in part**. The Scheduling Conference set for March 24, 2011 at 9:15 a.m. is **converted** to a Status Conference at which the Court will determine whether the Plaintiff, proceeding *pro se*, has received copies of all court filings in this case and whether discovery should be stayed pending a determination of the Defendant's motion to dismiss based upon sovereign immunity. To the extent that the Defendant possesses contact information for the Plaintiff that is different than that posted on the docket, the Court directs the Defendant to send a copy of this order to the Plaintiff at the alternate address.[1]

    The Status Conference will take place in Courtroom A-501 on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.

---

[1] The Court appreciates the Defendant's efforts in this regard.